UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DANIEL HARVEY RIGGS,

Plaintiff,

v.

WILLIAM SANDIE, *et al.*,

Defendants.

Case No. 3:16-cv-00477-MMD-WGC

ORDER

The Court adopted the United States Magistrate Judge William G. Cobb's Report and Recommendation (ECF No. 4) to dismiss certain claims without prejudice and certain claims with prejudice. (ECF No. 6.) Plaintiff has moved for reconsideration. (ECF No. 8.)

A motion to reconsider must set forth "some valid reason why the court should reconsider its prior decision" and set "forth facts or law of a strongly convincing nature to persuade the court to reverse its prior decision." *Frasure v. United States*, 256 F.Supp.2d 1180, 1183 (D. Nev. 2003). Reconsideration is appropriate if this Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. Acands, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "A motion for reconsideration is not an avenue to re-litigate the same issues and arguments upon which the court already has ruled." *Brown v. Kinross Gold, U.S.A.*, 378 F.Supp.2d 1280, 1288 (D. Nev. 2005).

Plaintiff offers no valid reason for the Court to reconsider. Accordingly, Plaintiff's motion for reconsideration (ECF No. 8) is denied.

DATED THIS 25th day of October 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE